I need To know when y'all make the chooser
and my cases writ No W10-58048-N (A)

writ No C-213-010349-1204442-A

on ~~when~~ what date

Richard Nash # 1801411 JDCJ

D.o.B 9.27-81

80,5+6-13,14

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk